# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIONISIO DURAN-MONTERO,<br><br>Defendant | Case No.: 21-cr-03453-JLS<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against DIONISIO DURAN-MONTERO in this case is dismissed without prejudice.

SO ORDERED.

Dated:  January 3, 2022

Hon. Janis L. Sammartino
United States District Judge